IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH A. GOMEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW O'GWIN<br><br>*Defendant.* | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-CV-00468-CW-PMW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Jared D. Bennett |

The Court, after review of the **STIPULATED MOTION TO DISMISS WITH PREJUDICE**, and for good cause appearing, the Court hereby grants the request and dismisses all claims with prejudice. The parties are to pay their own fees and costs.

IT IS SO ORDERED.

DATED this 25th day of August, 2020.

BY THE COURT:

_____
Clark Waddoups
United States District Judge